IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLIE ANNE BAKER, | ) |
| Plaintiff, | ) CIVIL ACTION FILE NO |
| | ) 2:06-CV-810-ID-CSC |
| v. | ) JURY DEMAND |
| CSX TRANSPORTATION, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Billie Anne Baker ("Plaintiff") and Defendant CSX Transportation, Inc., ("Defendant"), through their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims, causes of action, and prayers for relief asserted in the above-styled lawsuit. Each party shall bear its own attorneys' fees, costs and expenses.

Respectfully submitted this 31st day of October, 2007.

_____
Ann Robertson
Temple Trueblood
Wiggins, Childs, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Attorneys for Plaintiffs

Weyman T. Johnson, Jr.
William. C. Barker
ASB-3411-R71W
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, Georgia 30308
Telephone: (404) 815-2400
Facsimile: (404) 815-2424

Attorneys for Defendant